UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-60415-WPD

ASUS COMPUTER INTERNATIONAL,
a California corporation,

    Plaintiff,

v.

SYSTEMAX, INC., a Delaware
corporation, and AFLIGO MARKETING
SERVICES, INC. f/k/a WORLDWIDE
REBATES, INC. d/b/a AFLIGO, a Florida
corporation,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on the Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 144], dated August 31, 2020. The Court notes that no objections to the Report [DE 144] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 144] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 144] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions. The Report Plaintiff Asus Computer International be awarded compensatory damages in the amount of $1,031,623.62 inclusive of pre-judgment interest, punitive damages in the amount of $902,662.36, and costs in the amount

of $465.00.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 144] is hereby **ADOPTED** and **APPROVED**;

2. The Court will issue a separate final judgment.

3. The Clerk is **DIRECTED** to mail a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Afligo Marketing Services, Inc.
c/o Registered Agents Inc., Registered Agent
7901 4th Street North, Suite 300,
St. Petersburg, Florida 33702